```
        UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br><br>      v.<br><br>EDDA OJIO-SOTO<br>      Defendant | Court No. 98-CV-1750(HL)<br>Collection of Money |

**REQUEST FOR AN ORDER TO SHOW CAUSE**

**TO THE HONORABLE COURT:**

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

1. A Deposition Subpoena was issued in the instant case for the taking of the defendant's oral deposition set for March 23, 2004, at 9:00am, at the United States Attorney's Office, 350 Chardon Street, Suite 1201, San Juan, Puerto Rico 00918.

2. The subpoena was personally served upon the defendant by the United States Marshal on January 21, 2004.

3. That on March 23, 2004, the defendant Edda Ojio-Soto failed to appear for the taking of her oral deposition and as of today has not shown good cause for her failure to appear.

WHEREFORE, in order to protect the Government's interest the

USA V Edda Ojio-Soto
Case 98-CV-1750 HJ
Page 2

United States hereby requests:

-that this Honorable Court issue an Order directing the defendant to show cause why she should not be held in contempt of Court for failure to appear for her oral deposition, and further,

-any other remedy this Honorable Court deems appropriate.

I HEREBY CERTIFY, that a true and correct copy of the foregoing motion has been mailed on this same date, by regular mail to: Edda Ojio-Soto, 9th Street, A-J-13, Urb. Santa Teresita, Ponce, Puerto Rico 00731.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 28th day of April 2004.

H.S. GARCIA
UNITED STATES ATTORNEY

S/Rebecca Vargas-Vera
REBECCA VARGAS VERA-203307
Assistant U.S. Attorney
Federal Office Building
350 Chardon Street, Suite 1201
Hato Rey, Puerto Rico 00918
Tel. (787)766-5656